No. 80–1590.   LURIE ET AL. v. CALIFORNIA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 80–1593.   KURLAND v. CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.

No. 80–1596.   MOREHOUSE PARISH SCHOOL ET AL. v. PEGUES. C. A. 5th Cir.   Certiorari denied.

No. 80–1603.   BERARD v. GENERAL MOTORS CORP. ET AL. C. A. 1st Cir.   Certiorari denied.

No. 80–1612.   HAWKINS v. HOLIDAY INNS, INC.   C. A. 6th Cir.   Certiorari denied.

No. 80–1618.   YOUNGSTOWN SHEET & TUBE CO., DBA FIBER-CAST CO., ET AL. v. PIERCE ASSOCIATES, INC.   C. A. D. C. Cir. Certiorari denied.

No. 80–1620.   CITY OF PHILADELPHIA v. GILFILLAN ET AL. C. A. 3d Cir.   Certiorari denied.

No. 80–1623.   BRAGER & CO., INC. v. LEUMI SECURITIES CORP. ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 80–1630.   CELOTEX v. UNITED STATES GYPSUM CO. C. A. 7th Cir.   Certiorari denied.

No. 80–1634.   NEW YORK v. ONOFRE; and
No. 80–1710.   NEW YORK v. PEOPLES ET AL.   Ct. App. N. Y.   Certiorari denied.   Reported below: 51 N. Y. 2d 476, 415 N. E. 2d 936.

No. 80–1639.   MILLER, GUARDIAN v. BOCK LAUNDRY MA-CHINE CO.   Sup. Ct. Ohio.   Certiorari denied.